IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| APPLIANCE DEVELOPMENT CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>IGIA, INC. AND<br>TACTICA INTERNATIONAL, INC.<br><br>Defendant. | Civil Action No. 04-12070 (GAO) |

NOTICE OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a), no responsive pleading having been served, Plaintiff Advanced Development Corporation, dismisses without prejudice its Complaint against IGIA, Inc. and Tactica International, Inc. in the above-captioned case.

Dated: April 29, 2005

APPLIANCE DEVELOPMENT CORPORATION
By Its Attorneys,

_____
Thomas O'Konski BBO #377475
Kevin Gannon BBO #640931
Cesari and McKenna, LLP
88 Black Falcon Avenue
Boston, Massachusetts 02210
(617) 951-2500

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served on April 29, 2005 in the manner indicated below upon:

Paul Greenfield, Esq.
Tactica International, Inc.
11 W. 42nd Street, 7th Floor
New York, NY  10036

_____